## Statement of Offense

1.     The International Union of Operating Engineers ("the International") represents nearly 400,000 heavy machinery operators on construction sites throughout the United States. From 2011 to the present, Defendant James Callahan has served as General President of the International at its headquarters in Washington, D.C.

2. Professional Sports Publications ("PSP") is a New York marketing firm that places print advertising in NFL, MLB, NBA, and college sports programs and yearbooks. PSP offers an awards program in which client organizations that place ads through PSP receive points which can be traded for tickets to sports and entertainment events, and hospitality and transportation associated with those events, and memorabilia.

3.  From August 2015 to February 2024, the International contracted with PSP to place advertisements in sports programs. A typical ad featured pictures of well-known buildings and read, "Great nations are built by great people. The highly skilled members of the International Union of Operating Engineers build and maintain some of the most iconic structures in North America" with the International's name, logo, and web address at the bottom. Based upon its LM-2 reports, the International spent more than $4.1 million on print advertising through PSP, all approved by Defendant Callahan.

4.  PSP awards a certain number of points or a "merchandising allowance" for each dollar spent on contracts for advertising placed with it. Those allowances can be redeemed by PSP clients for tickets to sports games, concerts, and memorabilia.   Consistent with PSP's policies, the International received merchandise allowances or points with advertising contracts executed with PSP. From the inception of the International's relationship with PSP, Defendant Callahan redeemed the International's points for valuable tickets from PSP, including NFL, NBA, and MLB tickets, luxury boxes at concerts and New York Broadway shows.

5. From 2015 through 2023, Callahan requested and received from PSP tickets to nearly 100 events, and hospitality packages associated with those events. Defendant Callahan received those tickets and benefits without the authorization of the International's Executive Board.  Defendant Callahan used some of those tickets personally, and provided other tickets to members of his family and persons who were not members of the Operating Engineers.  The tickets that Callahan used personally or for the use and enjoyment of his wife, children, other family members, and personal friends, were valued at more than $315,000.

6. Section 432(a)(4) of Title 29, United States Code, requires a union officer to file an annual report with the Labor Department listing any income or any other benefit with monetary value (including reimbursed expenses) which he or his spouse or minor child received directly or indirectly from a vendor doing business with or otherwise dealing with his union. The report, known as a Form LM-30 report, makes public any actual or likely conflict between the union officer's personal financial interests and his obligations to the union and its members.

7. Defendant Callahan filed an LM-30 report each year from 2015 through 2023. In each report, Defendant Callahan knowingly failed to disclose that he had received more than several thousand dollars in sports and other event tickets, and associated hospitality packages, during those years from PSP, as a vendor which conducted advertising business with the International.

[Type here]